No. 02–10038. TENNARD *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of respondent for leave to file supplemental brief after argument granted.

No. 03–409. KP PERMANENT MAKE-UP, INC. *v.* LASTING IMPRESSION I, INC., ET AL. C. A. 9th Cir. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–878. CRAWFORD, INTERIM FIELD OFFICE DIRECTOR, PORTLAND, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* SUAREZ MARTINEZ. C. A. 9th Cir. and
No. 03–7434. BENITEZ *v.* MATA, INTERIM FIELD OFFICE DIRECTOR, MIAMI, IMMIGRATION AND CUSTOMS ENFORCEMENT. C. A. 11th Cir. Motion of respondent Suarez Martinez and petitioner Benitez for divided argument granted. Request for additional time for oral argument denied.

No. 03–9345. OWEN *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner to defer consideration of petition for writ of certiorari granted.

No. 03–10442. IN RE CARROLL;
No. 03–10508. IN RE MILLER; and
No. 03–10510. IN RE RHETT. Petitions for writs of habeas corpus denied.